UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| NAIDEN, SUSAN M | § § | Case No. 09-04754 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/Frances Gecker _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SUSAN NAIDEN |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mtg G7-Pp 3415 Vision Dr. Columbus, OH 43219 |  |  |  |  |  |
|  | Harris N.a. 111 W Monroe St Chicago, IL 60690 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BLUE CROSS BLUE SHIELD OF ILLINOIS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANCES GECKER | | | | | |
| COSTELLO, MCMAHON & BURKE LTD. | | | | | |
| COSTELLO, MCMAHON & BURKE LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| | Citi Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64915 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No.: | 09-04754 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | NAIDEN, SUSAN M | | | Date Filed (f) or Converted (c): | 02/16/09 (f) |
| | | | | 341(a) Meeting Date: | 03/31/09 |
| For Period Ending: | 11/23/10 | | | Claims Bar Date: | 10/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3046 W. FRANKLIN BLVD. UNIT 4E CHICAGO, IL 60612 | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH  Debtor Claimed Exemption | 400.00 | 400.00 | | 0.00 | FA |
| 3. CHASE CHECKING ACCOUNT  Debtor Claimed Exemption | 150.00 | 150.00 | | 0.00 | FA |
| 4. CHASE BANK SAVINGS ACCOUNT  Debtor Claimed Exemption | 20.00 | 20.00 | | 0.00 | FA |
| 5. CHASE SM PERSONAL TRAINING BUSINESS CHECKING ACCOU | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. CHASE SM PERSONAL TRAINING SAVINGS BUSINESS ACCOUN | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. FURNITURE AND HOUSEHOLD GOODS  Debtor Claimed Exemption | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 8. CLOTHING  Debtor Claimed Exemption | 500.00 | 500.00 | | 0.00 | FA |
| 9. CHASE IRA ACCOUNT  Debtor Claimed Exemption | 3,400.00 | 3,400.00 | | 0.00 | FA |
| 10. PERSONAL INJURY LAWSUIT  Debtor Claimed Exemption | 18,232.08 | 14,000.00 | | 30,000.00 | FA |

LFORM1

Ver: 16.01

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 09-04754    Doc 35    Filed 12/01/10    Entered 12/01/10 10:23:28    Desc Main
Document      Page 8 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:       09-04754     PSH     Judge: Pamela S. Hollis          Trustee Name:              Frances Gecker
Case Name:     NAIDEN, SUSAN M                                        Date Filed (f) or Converted (c):  02/16/09 (f)
                                                                      341(a) Meeting Date:       03/31/09
                                                                      Claims Bar Date:           10/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 2000 HONDA PASSPORT 116,000 MILES  Debtor Claimed Exemption | 4,025.00 | 4,025.00 | | 0.00 | FA |
| 12. OFFICE EQUIPMENT  Debtor Claimed Exemption | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.70 | Unknown |

TOTALS (Excluding Unknown Values)        $298,827.08        $24,595.00                $30,001.70

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/15/10    Current Projected Date of Final Report (TFR): 02/15/10


         /s/    Frances Gecker
_____  Date: 11/23/10
         FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-04754 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | NAIDEN, SUSAN M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5405  MONEY MARKET |
| Taxpayer ID No: | 54-6894480 | | | |
| For Period Ending: | 11/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 10 | Costello, McMahon & Burke, Ltd. 150 N. Wacker Drive, Suite 3050 Chicago, IL 60606 | | 1142-000 | 30,000.00 | | 30,000.00 |
| 07/06/09 | 001000 | Costello, McMahon & Burke, Ltd. 150 N. Wacker Drive, Suite 3050 Chicago, Illinois 60606-1610 | Pursuant to Order dated 6/30/09  Fees                10,000.00   Expenses              89.35 | 3991-000 3992-000 | | 10,089.35 | 19,910.65 |
| 07/06/09 | 001001 | BLUE CROSS BLUE SHIELD OF ILLINOIS 2329 S. MACARTHUR BLVD. SPRINGFIELD, IL 62704 | Pre-Petition Lien Account No. 07290IL0018500 Pursuant to Order dated 6/30/09 | 4210-000 | | 1,678.57 | 18,232.08 |
| 07/06/09 | 001002 | SUSAN NAIDEN | Debtor's Exemption Per Order dated 6/30/09 | 8100-002 | | 15,000.00 | 3,232.08 |
| 07/31/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 3,232.50 |
| 08/31/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.46 | | 3,232.96 |
| 09/30/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 3,233.08 |
| 10/30/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,233.16 |
| 11/30/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,233.24 |
| | | | Page Subtotals | | 30,001.16 | 26,767.92 | |

Ver: 16.01

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04754 -PSH | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | NAIDEN, SUSAN M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5405 MONEY MARKET |
| Taxpayer ID No: | 54-6894480 | | |
| For Period Ending: | 11/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,233.32 |
| 01/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,233.40 |
| 02/26/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,233.47 |
| 03/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,233.56 |
| 04/30/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,233.64 |
| 05/28/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,233.71 |
| 06/24/10 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 3,233.78 |
| 06/24/10 | | Transfer to Acct #*******5735 | Final Posting Transfer | 9999-000 | | 3,233.78 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 30,001.70 | 30,001.70 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,233.78 | |
| Subtotal | 30,001.70 | 26,767.92 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 30,001.70 | 11,767.92 | |

Page Subtotals 0.54 3,233.78

Ver: 16.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-04754 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | NAIDEN, SUSAN M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5735  GENERAL CHECKING |
| Taxpayer ID No: | 54-6894480 | | | |
| For Period Ending: | 11/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/10 | | Transfer from Acct #*******5405 | Transfer In From MMA Account | 9999-000 | 3,233.78 | | 3,233.78 |
| 07/28/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.17 | 983.61 |
| 07/28/10 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Expenses | 2200-000 | | 26.18 | 957.43 |
| 07/28/10 | 001002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 3% | 7100-000 | | 120.99 | 836.44 |
| 07/28/10 | 001003 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Claim 000002, Payment 3% | 7100-000 | | 426.81 | 409.63 |
| 07/28/10 | 001004 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Claim 000003, Payment 3% | 7100-000 | | 220.02 | 189.61 |
| 07/28/10 | 001005 | FIA CARD SERVICES/BANK OF AMERICA<br>AMERICAN INFOSOURCE LP AS ITS AGENT | Claim 000005, Payment 3% | 7100-000 | | 189.61 | 0.00 |

Page Subtotals    3,233.78    3,233.78

Ver: 16.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04754 -PSH | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | NAIDEN, SUSAN M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5735 GENERAL CHECKING |
| Taxpayer ID No: | 54-6894480 | | |
| For Period Ending: | 11/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 248809<br>Oklahoma City, OK 73124-8809 | | | | | |

```
                                    COLUMN TOTALS               3,233.78        3,233.78           0.00
                                 Less: Bank Transfers/CD's      3,233.78            0.00
                             Subtotal                               0.00        3,233.78
                                 Less: Payments to Debtors                          0.00
                             Net                                    0.00        3,233.78

                                                                                   NET         ACCOUNT
                             TOTAL - ALL ACCOUNTS           NET DEPOSITS    DISBURSEMENTS      BALANCE
                             MONEY MARKET - ********5405       30,001.70       11,767.92          0.00
                             GENERAL CHECKING - ********5735        0.00        3,233.78          0.00
                                                            ---------------  ---------------  ---------------
                                                               30,001.70       15,001.70          0.00
                                                            ===============  ===============  ===============
                                                          (Excludes Account  (Excludes Payments  Total Funds
                                                               Transfers)      To Debtors)       On Hand
```

Frances Gecker, Trustee

Trustee's Signature: ___/s/_____Frances Gecker_____ Date: _____
FRANCES GECKER

Page Subtotals 0.00 0.00

Ver: 16.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*